DELORES F. PURZYCKI, ET AL. v. SOMERS ASSOCIATES–
NOB HILL LTD., NOB HILL LIMITED, ETC.

March 11, 1986.

Petition for certification denied.

BEACH HOUSE ASSOCIATION, INC., ET AL. v. ROBERT
MAYBAUM, T/A MAX'S HOT DOG EATERY, ET AL.

March 11, 1986.

Petition for certification denied.

THE COUNCIL OF PRIVATE SCHOOLS FOR CHILDREN
WITH SPECIAL NEEDS, INC. v. SAUL COOPERMAN.

March 11, 1986.

Petition for certification denied.   (See 205 *N.J.Super.* 544)